NO. CAAP-12-0000735

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN RE MARN FAMILY LITIGATION

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(MASTER FILE NO. 00-1-MFL)
(CIVIL NOS. 98-5371-12 and 98-4706-10)

ORDER OF CORRECTION
(By: Foley, J.)

The Order filed on June 18, 2013, is hereby corrected as follows:

In the caption on the first page, below the identification of the parties, the reference to the civil numbers are corrected to read:

(CIVIL NOS. 98-5371-12 and 98-4706-10)

The Clerk of the Court is directed to take all necessary steps to notify the parties of these changes.

DATED: Honolulu, Hawaiʻi, June 28, 2013.

Associate Judge